```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**ALBERT BROWN**                                              **PLAINTIFF**

VS.                                      **CIVIL ACTION NO. 3:05-cv-109-WHB**

**MISSISSIPPI DEPARTMENT OF HEALTH**                           **DEFENDANT**


<u>**ORDER**</u>

This cause is before the Court on the Opinion and Order from the United States Court of Appeals for the Fifth Circuit, which affirmed the award of $75,000 for past lost salary and benefits and the award of $75,000 for future lost salary and benefits, but reversed the award of $25,000 for emotional harm. <u>Brown v. Mississippi Dept. of Health</u>, No. 06-60796, slip op. (5th Cir. Dec. 5, 2007). The subject Opinion and Order was entered on December 5, 2007, and the Mandate from the Fifth Circuit was issued on December 27, 2007.

In accordance with the December 5, 2007, Opinion and Order of the United States Court of Appeals for the Fifth Circuit:

IT IS THEREFORE ORDERED that the Final Judgment entered by this Court on June 29, 2006 [Docket No. 72], is hereby vacated.

IT IS FURTHER ORDERED that an Amended Final Judgment shall be entered this day.

SO ORDERED this the 17th day of January, 2008.


                                        <u>s/ William H. Barbour, Jr.</u>
                                        UNITED STATES DISTRICT JUDGE