```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**ALBERT BROWN**                                                    **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:05-cv-109-WHB**

**MISSISSIPPI DEPARTMENT OF HEALTH**                                **DEFENDANT**

## Amended Final Judgment

In accordance with (1) the March 22, 2006, jury verdict returned in favor of Plaintiff Albert Brown, (2) the June 29, 2006, Opinion and Order of this Court which granted Plaintiff's post-trial motions for front pay and attorneys' fees, and (3) the December 5, 2007, Opinion and Order of the United States Court of Appeals for the Fifth Circuit, Judgment is hereby entered in favor of Plaintiff as follows:

Plaintiff is awarded $75,000.00 for past salary and benefits. Plaintiff is also awarded interest on this amount at a rate of 4.76% per annum from March 22, 2006, until the Judgment is satisfied.

Plaintiff is awarded $75,000.00 for future lost salary and benefits, and is awarded $36,139.00 in attorneys' fees and costs. Plaintiff is also awarded interest on these amounts, a total of $111,139.00, at a rate of 5.13% per annum from June 29, 2006, until the Judgment is satisfied.

SO ORDERED this the 17th day of January, 2008.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE